UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | **CV11-10071-DMG (CWx)** | Date | August 8, 2012 |
|---|---|---|---|
| Title | ***Amanda J. Ayler v. BAC Home Loans Servicing, LP, et al.*** | Page | 1 of 3 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER DISMISSING ACTION**

On June 8, 2012, the Court issued an order granting Defendants' motion to dismiss [Doc. #15] because Plaintiff lacks standing to bring the action on behalf of the Ayler Family Trust. The Court provided Plaintiff until July 9, 2012 to have legal counsel file a Notice of Appearance on behalf of the Ayler Family Trust and cautioned that the failure to do so "shall result in the dismissal of this action without prejudice."  [*Id.*]  As of the date of this Order, no notice of appearance has been filed on behalf of the Ayler Family Trust.

This action is therefore DISMISSED without prejudice.

**IT IS SO ORDERED.**